FILED
MAR 20 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

# UNITED STATES DISTRICT COURT

for the

Northern District of California

San Jose Division

Peggy Williams

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

AT&T, Inc.

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. C 26 02458 VKD
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

NC

## COMPLAINT FOR A CIVIL CASE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ~~AT&T, Inc.~~ Peggy Williams |
| Street Address | ~~208 S. Akard~~ St. P.O. Box 21971 |
| City and County | ~~Dallas~~ San Jose, CA 95151 |
| State and Zip Code | ~~Texas, 75202~~ |
| Telephone Number | ~~210-821-4105~~ 408-520-8022 |
| E-mail Address | pawwil@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name: AT&T Inc.

Job or Title *(if known)*: CT Corp System

Street Address: 330 N. Brand Blvd Ste 700

City and County: Glendale, CA 91203

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

This Court has subject-matter jurisdiction under 28 U.S.C. § 1332 (diversity jurisdiction), as the plaintiff is a citizen of California, the defendant is a corporation of Texas, and the amount in controversy exceeds $75,000. This Court also has jurisdiction over claims arising under federal law

Plaintiff also asserts claims under California law, including the California Consumer Privacy Act (CCPA) and California Business and Professions Code § 17200 et seq.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Peggy Williams , is a citizen of the State of *(name)* California .

b. If the plaintiff is a corporation

The plaintiff, *(name)* AT&T, Inc. , is incorporated under the laws of the State of *(name)* Texas , and has its principal place of business in the State of *(name)* California .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ________ , is a citizen of the State of *(name)* ________ . Or is a citizen of *(foreign nation)* ________ .

b. If the defendant is a corporation

The defendant, *(name)* AT&T, Inc. , is incorporated under the laws of the State of *(name)* Texas , and has its principal place of business in the State of *(name)* .
Or is incorporated under the laws of *(foreign nation)* ,
and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$850,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
SEE ATTACHMENT A

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Award actual, statutory, and punitive damages to compensate plaintiff for loss risk of identity theft, and potential compromise of patent-linked property;
Award injunctive relief requiring defendant to implement reasonable data-security measures to prevent further breaches;
Grant any other relief the court deems just and proper

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ~~3/5/2026~~ 3/20/2026

Signature of Plaintiff [signature]

Printed Name of Plaintiff Peggy Williams

### B. For Attorneys

Date of signing: 03/05/2026

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PEGGY A. WILLIAMS

Plaintiff

Civil Action No.

AT&T, INC.

JURY TRIAL DEMAND

Defendant

COMPLAINT

Plaintiff Peggy A. Williams ("Plaintiff") brings this action and complains of AT&T, Inc. ("AT&T or "Defendant") as an individual and seeks to hold Defendant responsible for injuries inflicted on Plaintiff and for cause of action alleges the following:

1. Plaintiff brings this suit against Defendant for its failure to properly secure and safeguard sensitive "Personally Identifiable Information" or ("PII") of the Plaintiff.

2. Plaintiff's sensitive personal information was entrusted to the Defendant on the understanding that Defendant would protect it against disclosure that was targeted, compromised, and unlawfully stolen due to the Data Breach

3. The PII compromised in the Data Breach included Plaintiff's full name, email address, mailing address, phone number, social security number, date of birth, AT&T account number the account passcode.

(Continue on ATTACHMENT A)

*Attach additional pages as needed.

Date ~~3/5/2026~~ 3/20/2026

Signature [signature]

Print Name Peggy Williams

Address P.O. Box 21971

City, State, Zip San Jose, CA, 95151

Telephone 408-520-8022

Email pawwil@yahoo.com

## ATTACHMENT A

### JURISDICTION & VENUE

This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under federal law, and pursuant to 28 U.S.C. § 1367 over related state-law claims.

Venue is proper in this District under 28 U.S.C. § 1391 because Plaintiff resides in this District, Plaintiff's business account and services were used in this District, Plaintiff's injuries occurred in this District, and Defendant conducts substantial business in this District.

Plaintiff previously opted out of a class action arising from the same data breach that was filed in Texas. Plaintiff's individual claims were not adjudicated on the merits, and any class settlement or judgment does not bind Plaintiff.

Plaintiff's banking accounts and personally identifiable information compromised in the breach are directly tied to Plaintiff's patent-licensing banking account. Plaintiff's patent-derived income, including potential fraud and disruption of retail and online website business.

### Statement of Facts

The Defendant informed the Plaintiff through a letter dated April 25, 2024, that a data breach had compromised sensitive personally identifiable information associated with the Plaintiff's business account. This includes the Plaintiff's full name, date of birth, Social Security number, and financial information related to the Plaintiff's identity and business operations.

As a direct and proximate result of the breach, the Plaintiff has suffered injuries, which include, but are not limited to:

1. Defendant AT&T experienced a **data breach in 2024** that exposed sensitive PII for millions of customers, including plaintiff.
2. As a result of the breach, plaintiff's **patent-linked PII, DOB, SSN, and banking information** were compromised, creating a high risk of identity theft, fraud, and misuse of proprietary information associated with the patent.

3. Plaintiff opted out of the AT&T class-action settlement, retaining the right to pursue an individual claim.

4. Defendant's failure to secure personal information and prevent unauthorized disclosure **directly caused injury**, including:

    - Increased risk of identity theft and financial fraud
    - Risk to the integrity and value of patent-related intellectual property
    - Emotional distress and loss of privacy
    - Business-related disruptions and administrative burdens caused by the ned to secure compromised accounts and credentials, and
    - Emotional distress and anxiety associated with the exposure of Plaintiff's most sensitive personal and financial information, tied to concrete mitigation efforts and ongoing monitoring.

**5. Causes of Action**

**Laws:**

Applicable laws for the Plaintiff's complaint:

- **47 USC. §222 (CPN) – Privacy of Customer Information**
- **FTC Act, Section 5 – Unfair and Deceptive Acts**
- **18 U.S.C. §1028 - Fraud**
- **CCPA/CPRA, Cal. Civ. Code §1798.29 – California Privacy Acts**
- **California State Identity Theft Fraud Laws**

**Count 1 — Violation of the California Consumer Privacy Act (CCPA)**

- Defendant collected, stored, and maintained plaintiff's personal information without adequate security.
- Defendant failed to implement reasonable safeguards to prevent unauthorized access or disclosure.

- Economic harm due to exposure of AT&T account numbers and passwords that hold financial account information.
- Plaintiff suffered and continues to suffer harm due to the exposure of personal information tied to a patent.

This exposure of Plaintiff's Social Security number, date of birth, and banking information presents a continuing and substantial risk of future identity theft and financial fraud and cannot be fully mitigated because such identifiers cannot be changed.

**Count 2 — Negligence**

- Defendant owed a duty to protect plaintiff's PII.
- Defendant breached that duty by failing to implement reasonable security measures.
- The breach caused actual and imminent harm, including risk to identity, financial loss, and interference with plaintiff's patent rights.

**Count 3 — Unfair Competition / UCL (Cal. Bus. & Prof. Code § 17200)**

- Defendant engaged in unlawful, unfair, or fraudulent business practices by failing to secure personal information.
- These practices harmed the plaintiff and constitute ongoing violations under California law.

**Count 4 — Misuse of Patent-Linked Data**

- Plaintiff's PII is uniquely tied to an active patent.
- Defendant's unauthorized exposure creates a risk of theft, duplication, or misuse of the patented technology.
- Defendant is liable for damages resulting from the potential compromise of intellectual property.

Plaintiff's sensitive personal information was entrusted to the Defendant to protect it against disclosure that was targeted, compromised, and unlawfully stolen due to the Data Breach

Plaintiff's action arises out of the recent targeted cyberattack against Defendant that enabled a

Third party to access Defendants' computer systems and data, resulting in the highly sensitive Private Information (the "Data Breach")

Plaintiff suffered concrete injuries, in fact, including, but not limited to:

a. Invasion of privacy

b. Theft of Plaintiff's PII, as well as the high risk of theft of Intellectual Property owned by Plaintiff

c. Lost or diminished value of PII and Plaintiff's Intellectual Property

d. Lost opportunity costs of mitigating the actual consequences of the Data Breach

e. Statutory damages and nominal damages

f. Plaintiff's PII remains unencrypted and available for unauthorized third parties to access and abuse, and subject to further unauthorized disclosures as long as Defendant fails to undertake appropriate and adequate measures to protect the PII

6. Data Breach was a direct result of Defendant's failure to implement adequate and reasonable cybersecurity procedures and protocols necessary to protect Plaintiff's PII from foreseeable and preventable cyber-attacks.

7. Plaintiff's identity is now at risk because of Defendant's negligent conduct, because the PII that Defendant collected and maintained has been accessed and acquired by data thieves.

8. Plaintiff has been exposed and subject to a heightened and imminent risk of fraud and identity theft. Plaintiff must now and in the future closely monitor financial accounts to protect against identity theft.